1
LAW OFFICES OF GABRIEL DEL VIRGINIA
30 Wall Street, 12th Floor
New York, New York 10005
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

***Attorneys for the Debtor/Defendant***

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
In re:

|  |  |
|---|---|
| KELLY RHEEL, | Chapter 7 |
| Debtor. | Case No. 19-45767-ESS |

--------------------------------------------------------------------------X
PINK SHIRT CONSTRUCTION, INC.,

Plaintiff,

v.                                                                          Adv. Pro. No. 20-01014

KELLY RHEEL, MR. WHITE LLC,
JENNIFER NEMETH,

Defendants.
--------------------------------------------------------------------------X

**Certificate of Service.**

I, Gabriel Del Virginia, hereby certify that I am not less than 18 years of age

and not a party to the instant action.  I further certify that on August 18, 2020, I

served a copy of the *Notice of Debtor/Defendant's Motion for Judgment on the*

*Pleadings* via regular mail and *ECF* transmission to the following:

1

2

Nicole Sullivan, Esq.,
White and Williams, LLP
7 Times Square, Suite 2900
New York, NY 10036-6524


Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:      New York, New York
            August 18, 2020.

By *Gabriel Del Virginia*
Gabriel Del Virginia.

2