UNITED STATES BANKRUPTCY COURT OF THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | IN CHAPTER 7 |
| KELLY RHEEL, | : | |
| Debtor. | : | |
| | : | BANKRUPTCY NO. 19-45767-ess |
| | : | |
| | : | |
| PINK SHIRT CONSTRUCTION, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADVERSARY NO. 20-01014 |
| | : | |
| KELLY RHEEL, MR. WHITE LLC and | : | |
| JENNIFER NEMETH | : | |
| | : | |
| Defendant. | : | |
| | : | |

NOTICE OF VOLUNTARY DISMISSAL

TO DEFENDANT/DEBTOR KELLY RHEEL AND HER ATTORNEY OF RECORD:

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Pink Shirt Construction Inc., and counsel of record, hereby give notice that the above-entitled adversary proceeding is voluntarily dismissed with prejudice against debtor Kelly Rheel.

Dated: August 29, 2022

*/s/ Nicole A. Sullivan*

Nicole A. Sullivan
White & Williams LLP
7 Times Square, Suite 2900
New York, NY 10035
sullivann@whiteandwilliams.com

*Attorneys for Pink Shirt Construction Inc.*

<u>*The above-captioned case is dismissed. It is so ordered.*</u>



Dated: Brooklyn, New York
September 8, 2022

Elizabeth S. Stong
United States Bankruptcy Judge